# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| VERNON LEE TRAMMELL, ) | |
| ) | |
| Movant/Defendant, ) | |
| ) | |
| v. ) | 1:10-cv-8056-LSC-PWG |
| ) | (1:05-cr-0315-LSC-PWG) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent ) | |

## MEMORANDUM OPINION

In this action, Vernon Lee Trammell ("Trammell"), a federal prisoner acting *pro se*, has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. (Civ. Doc. 1; Crim. Doc. 21 (hereinafter the "§ 2255 Motion" or "§ 2255 Mot.))[1/]. The magistrate judge has entered a Report and Recommendation (Doc. 16) recommending that the government's motion to dismiss (Civ. Doc. 5) be granted, that Trammell's "motion for judgment on the pleadings" (Civ. Doc. 9) and his "request for judgment." (Civ. Doc. 15) be denied, on the ground that the action is untimely filed under 28 U.S.C. § 2255(f). The cause is now before the undersigned district judge on Trammell's objections to the Report and Recommendation. (Doc. 17).

The court has considered the entire file in this action together with the magistrate judge's Report and Recommendation and Trammell's objections and has reached an independent conclusion that the magistrate judge's Report and Recommendation is due to be adopted and

---

[1/]     Citations herein to "Civ. Doc(s) ___" are to the court file document numbers as assigned by the clerk of this court in the § 2255 civil action, 1:10-cv-8056-LSC-PWG. Citations to "Crim. Doc(s) ___" are to the document numbers as assigned by the clerk in the underlying criminal action, 1:05-cr-315-LSC-PWG.

approved.  Accordingly, the court hereby ADOPTS and APPROVES the findings and recommendation of the magistrate judge as the findings and conclusions of the court.  In accordance with the recommendation, this action is due to be DISMISSED WITH PREJUDICE as untimely filed under the statute of limitations.  An appropriate final order will be entered.

Done this 24th day of October 2011.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458